EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                     | 2020 TSPR 28      |
|                            |                   |
| Joarick S. Padilla Avilés  | 204 DPR _____     |

Número del Caso:  TS-12,464


Fecha:  9 de marzo de 2020


Abogado de la parte peticionaria:

            Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Joarick S. Padilla Avilés          TS-12,464

RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de marzo de 2020.

Examinada la *Moción en cumplimiento de orden*, se reinstala al Sr. Joarick S. Padilla Avilés al ejercicio de la abogacía. En cuanto a la notaría está condicionada a la prestación de la fianza notarial vigente.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo